IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: TRANSFER OF PRO HAC VICE ACCOUNT TO UNITED BANK

Miscellaneous No. 1:08 mc 8

ORDER

The Court has found that the funds in the Court's Pro Hac Vice Account will receive a higher rate of return from the United Bank in Wheeling than the funds are presently receiving from the Citizen's National Bank in Elkins. The amount of funds in this account is $40,262.03 plus interest earned since November 30, 2007.

It is so ORDERED, this Court's Pro Hac Vice Account is to be transferred from the Citizen's National Bank in Elkins, WV to the United Bank in Wheeling, WV.

Entered: January 24, 2008

IRENE M. KEELEY
CHIEF JUDGE